**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
           matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>              Plaintiff,<br>vs.<br><br>NPC QUALITY BURGERS, INC., A Kansas Corporation Doing Business As WENDY'S #6050, RICHARD GREEN BROMLEY and MARY REBECCA ALLRED BROMLEY, Co-Trustees Of The Richard Green Bromley Revocable Trust Dated The 15th Day Of November 2001, As Amended, LEO JAMES HILL and CAROLYN B. HILL, Trustees Of The Leo James Hill and Carolyn B. Hill Family Restated and Amended Trust dated December 26, 2014, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>              Defendants. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:16-CV-00651-DBP<br><br>Magistrate Judge Dustin B. Pead |

1

Plaintiff Carolyn Ford, by and through her undersigned counsel, hereby gives notice that the parties in this matter have reached a settlement and are in the process of finalizing settlement documents and providing settlement proceeds, which should be accomplished in the next few weeks. Once settlement is complete, the parties will file a stipulation of dismissal with the Court.

Respectfully submitted this 30th day of August, 2016.

                                        FORD & CRANE PLLC

                                        /s/   Matthew B. Crane
                                        Adam D. Ford (UTB# 11363)
                                        Matthew B. Crane (UTB# 13909)
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 30th day of August, 2016, I caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT to filed with the Court electronically, which caused notice to be served upon those listed below via the Court's Notice of Electronic Filing [NEF];

Audrey M. Calkins

James M. Barrett

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

*Attorneys for Defendant NPC Quality Burgers Inc.,*

*Richard Green Bromley, Mary Rebecca Allred Bromley,*

*Leo James Hill, and Carolyn B. Hill*

/s/     Matthew B. Crane
Matthew B. Crane